DENNIS S. BROWN, ET AL., PETITIONERS v. COMMISSIONER OF INTERNAL REVENUE, RESPONDENT

Docket Nos. 29929–82, 2313–83, 3083–83, 3503–83.

On October 24, 1985, by order of Judge Perry Shields the opinion filed in this case on August 26, 1985, was withdrawn. Revised opinion filed December 18, 1985, appears at 85 T.C. 968.